UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WALTER DOBRUCK, on behalf of
C.D.,

     Plaintiff,

v.                                    CASE NO. 8:16-cv-2798-T-23TGW

POLK COUNTY PROPERTY
APPRAISER, et al.,

     Defendants.

_____/

### ORDER

     Walter DoBruck, appearing *pro se*, purports to sue on behalf of C.D., a minor child.  The complaint, which contains the minor's name, violates Rule 5.2(a)(3), Federal Rules of Civil Procedure, which states that a "paper filing with the court that contains . . . the name of an individual known to be a minor . . . may include only the minor's initials."  Under Rule 5.2(d), the complaint is **SEALED**.

     Under 28 U.S.C. § 1654, a party may "plead or conduct" an action either "personally or by counsel."  However, the "right to appear *pro se* . . . is limited to parties conducting their own cases, and does not extend to non-attorney parties representing the interests of others."  *FuQua v. Massey*, 615 Fed. Appx. 611, 612 (11th Cir. 2015) (per curiam).  As a result, a person who is not a lawyer "may not bring a *pro se* action on [a] child's behalf."  *FuQua*, 615 Fed. Appx. at 612.  Walter

DoBruck, appearing *pro se*, may not sue on behalf of C.D.  Accordingly, this action is

**DISMISSED**.  The clerk is directed to close the case.

ORDERED in Tampa, Florida, on October 14, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE